**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

PATRICK D. FLUKER                                                                    PETITIONER

v.                                                         CIVIL ACTION NO. 2:17-CV-3-KS-FKB

JACQUELYN BANKS                                                                  RESPONDENT

## ORDER ADOPTING REPORT AND RECOMMENDATION

This cause came on this date to be heard upon the Report and Recommendation [17] of the United States Magistrate Judge entered herein on January 17, 2018, after referral of hearing by this Court, no objections having been filed as to the Report and Recommendation [17], and the Court, having fully reviewed the same as well as the record in this matter, and being duly advised in the premises, finds that said Report and Recommendation [17] should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation [17] be, and the same hereby is, adopted as the finding of this Court.  The Motion to Dismiss [13] is **granted**, and the Petition [1] is **dismissed with prejudice**.

SO ORDERED AND ADJUDGED this the 2nd day of February, 2018.

*s/Keith Starrett*
UNITED STATES DISTRICT JUDGE